UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATRINA RUCKER,

                Plaintiff,

    v.

KAISER PERMANENTE OF
WASHINGTON,

                Defendant.

Case No. C22-634-JLR

ORDER

       Plaintiff has filed an application to proceed *in forma pauperis* in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

       The Clerk is directed to send copies of this order to Plaintiff and to the Honorable James L. Robart.

//

//

//

ORDER - 1

Dated this 11th day of May, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge